a renewal of the motion upon a proper proposed amended answer. The present proposed amended answer is improper in that it pleads the legal effect of foreign statutes rather than their substance. It is also necessary to plead that the foreign statutes were in effect at the time of the alleged transaction, and to negative any exceptions excluded by the foreign statutes from their operation (*Grossman* v. *Western Fin. Corp.*, 280 App. Div. 833, and cases cited; 3 Carmody-Wait on New York Practice, pp. 483–493). In view of the particular circumstances existing, appellant shall have the right to take such further procedural steps before trial as he may deem advisable, despite his having filed a statement of readiness. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

LAWRENCE TANNENBAUM, Respondent, v. HOMER HARMAN, INC., Appellant.— Appeal from an order granting respondent's motion to vacate a money judgment in his favor, and granting other relief incidental thereto. The judgment was entered in an action (1) to rescind a contract by which appellant agreed to sell certain real property to respondent, and (2) to recover payments made on account of the purchase price and the expenses of examining the title, or for alternative relief. The judgment was vacated for the purpose of bringing in as parties defendant a purchaser, who is alleged to have taken subject to respondent's contract, her grantee, and the holder of a building loan mortgage from said grantee. Order affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ., concur.

## (March 26, 1958)

In the Matter of the Application of JOHN G. FOX for Admission to Practice as an Attorney. (From the State of West Virginia.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

In the Matter of the Application of JEROME JOHNSON for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

In the Matter of the Application of JOHN WILLIAM PEASE for Admission to Practice as an Attorney. (From the States of Ohio and Michigan.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

In the Matter of the Application of J. HAROLD SAKS for Admission to Practice as an Attorney. (From the State of Illinois.) — Application granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

## (March 31, 1958)

JOAN CONTINI et al., Respondents, v. HOWARD A. RANDALL, Appellant. — Motions referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ. Motion by appellant to amend the decision handed down February 17, 1958 granted by striking therefrom the second paragraph thereof and by inserting in place thereof the following: " Judgment reversed on the law and the facts, with costs, and complaint dismissed." Motion by respondents for reargument denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.